**GOOD GUSTAFSON AUMAIS LLP**
J. RYAN GUSTAFSON [SBN 220802]
CHRISTINA KIM [SBN 322093]
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone: 310.274.4663

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CALEY KEENE, | CASE NO. 3:23-cv-00018-MMC |
| Plaintiff, | |
| v. | HON. MAXINE M. CHESNEY |
| BEAUMONT PRODUCTS, INC. | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Caley Keene voluntarily dismisses this action in its entirety, with prejudice, with each party to bear her or its own attorneys' fees and costs.

Dated: May 17, 2023

           Respectfully submitted,

           /s/ *J. Ryan Gustafson*
           J. Ryan Gustafson (Cal. Bar No. 220802)
           2330 Westwood Blvd., No. 103
           Los Angeles, CA 90064
           Telephone: 310-274-4663
           jrg@ggallp.com

           *Counsel for Plaintiff*